KRISTA HART
Attorney at Law
State Bar #199650
428 J Street, Suite 350
Sacramento, California  95814
Telephone: (916) 498-8398                              **OK/HAV**

Attorney for Defendant


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA, | ) | No. Cr.S. 05-096 DFL |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **RESETTING THE BRIEFING SCHEDULE AND** |
| v. | ) | **HEARING DATE** |
| | ) | |
| KRISTINA YOUNG, | ) | |
| | ) | Date:   February 1, 2007 |
| Defendant. | ) | Time:   10:00 a.m. |
| | ) | Judge:  Hon. David F. Levi |

_____


   The defendant, Kristina Young, by and through counsel Krista Hart, along with the plaintiff United States (government), by and through counsel Assistant U.S. Attorney Michelle Rodriguez, hereby stipulate and agree that the status conference currently set for Thursday, February 1, 2007, be reset for February 15, 2007, at 10:00 a.m.

   It is further stipulated and agreed between the parties that the period of time from February 1, 2007, up to and including February 15, 2007, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  All parties stipulate and agree that this is an

1  appropriate exclusion of time within the meaning of Title 18, United
2  States Code, sections 3161(h)(8)(B)(iv) (Local Code T4).
3      The parties in this case have been engaged in settlement
4  negotiations and the government has provided a written plea agreement.
5  The defense is in the process of preparing a counter offer.  The
6  defense requests an additional two weeks to complete the process.

7  January 31, 2007                    /s/ Krista Hart
                                       Attorney for Kristina Young

10 January 31, 2007                   McGREGOR SCOTT
                                      United States Attorney

                                       /s/ Michelle Rodriguez
13                                     Assistant U.S. Attorney
                                       (by Krista Hart per telephone call)

**O R D E R**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: 01/31/2007                    /s/ David F. Levi
                                     The Honorable DAVID F. LEVI
                                     United States District Court Judge

2