KRISTA HART
Attorney at Law
State Bar #199650
428 J Street, Suite 350
Sacramento, California  95814
Telephone: (916) 498-8398

Attorney for Defendant


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. Cr.S. 05-096 DFL |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| KRISTINA YOUNG, | ) | |
| | ) | |
| Defendant. | ) | |

On June 7, 2007, this matter came before the Court for a hearing on judgment and sentencing.  The United States Probation Officer found the amount of intended loss was $48,270.82.  The defense filed formal objections arguing the amount of intended loss was $27,008.32.  The prosecution filed a sentencing memorandum stating that it could only prove intended loss in the amount of $27,008.32.  After the hearing the Court sustained the defense objection and found the intended loss was $27,008.32.

Good cause appearing the Court sustains the defense unopposed objection and finds the amount of intended loss is $27,008.32.

**It is so ordered.**

DATED: __June 13, 2007_____

/s/ David F. Levi
United States District Judge
David F. Levi