BENJAMIN B. WAGNER
United States Attorney
MICHELE BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KRISTINA YOUNG,<br><br>　　　　Defendant. | CR. No. S-05-096 JAM<br><br>STIPULATION AND ORDER DISMISSING CHARGE TWO |

   IT IS HEREBY STIPULATED between the parties, Michele Beckwith, Assistant United States Attorney, and Linda Harter, Assistant Federal Defender, attorney for Kristina Young, that charge two in the Petition for Warrant or Summons for Offender Under Supervision, filed November 12, 2010, be dismissed.

Dated:  December 14, 2010          Respectfully submitted,

                                   BENJAMIN B. WAGNER
                                   United States Attorney

                                   */s/ Michele Beckwith*
                               By: Michele Beckwith
                                   Assistant U.S. Attorney

1

Dated: December 14, 2010            DANIEL BRODERICK
                                    Federal Defender

                                    */s/ Linda Harter*
                                    LINDA HARTER
                                    Assistant Federal Defender
                                    Attorney for Defendant

**ORDER**

Upon stipulation of all parties, charge two in the Petition for Warrant or Summons for Offender Under Supervision, filed November 12, 2010, is hereby dismissed. SO ORDERED.

Dated: December 14, 2010

                                    */s/ John A. Mendez*
                                    Hon. John A. Mendez
                                    U.S. DISTRICT JUDGE

2